COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-307-CV

 

IN RE BREITBURN ENERGY
PARTNERS L.P.,                              RELATORS

BREITBURN OPERATING L.P., BREITBURN 

GP, LLC, BREITBURN OPERATING GP, 

LLC, RANDALL H. BREITENBACH, HALBERT 

S. WASHBURN, GREGORY J. MORONEY, 

AND CHARLES S. WEISS

                                              ------------

 

                                    ORIGINAL PROCEEDING

 

                                              ------------

 

                                MEMORANDUM OPINION[1]

 

                                              ------------

 

The
court has considered Relators=
petition for writ of mandamus and AEmergency
Motion For Temporary Relief And Stay@ and is
of the opinion that all relief should be denied.  Accordingly, Relators=
petition for writ of mandamus and emergency motion are denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ. 

 

DELIVERED: 
September 14, 2009











     [1]See
Tex. R. App. P. 47.4.